IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SARA MAUK, Individually and as
Personal Representative on Behalf of the
Wrongful Death Beneficiaries of ERIC HEINZE                          PLAINTIFF

VS.                                        CIVIL ACTION NO. 5:18-CV-68-DCB-MTP

MANAGEMENT & TRAINING CORPORATION
and JOHN AND JANE DOES 1-100                                       DEFENDANTS

## ORDER OF DISMISSAL

The parties have announced to the Court a confidential settlement of this case, and the Court desires that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties and claims, with the parties to bear their own costs and attorney's fees. Pursuant to the agreement of the parties, the Court will retain jurisdiction for the purpose of enforcing the confidential settlement agreement.

SO ORDERED, this the 4th day of September, 2019.

                                       s/David Bramlette
                                       UNITED STATES DISTRICT COURT JUDGE